UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 2738

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On October 4, 2016, the Panel transferred 10 civil action(s) to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the District of New Jersey. With the consent of that court, all such actions have been assigned to the Honorable Freda L. Wolfson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Wolfson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of October 4, 2016, and, with the consent of that court, assigned to the Honorable Freda L. Wolfson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 14, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: JOHNSON & JOHNSON TALCUM
POWDER PRODUCTS MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                            MDL No. 2738

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 16−00620 | Johnston v. Johnson & Johnson et al (MAG+) |
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 16−01287 | Wilson v. Johnson & Johnson et al |
| ALN | 2 | 16−01413 | Willis v. Johnson & Johnson et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 3 | 16−00399 | HARPER v. JOHNSON & JOHNSON et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 16−62268 | Francis v. Johnson & Johnson et al |
| FLS | 2 | 16−14393 | Olichney v. Johnson & Johnson et al |
| **GEORGIA MIDDLE** | | | |
| ~~GAM~~ | ~~4~~ | ~~16−00227~~ | ~~MARCHETTI v. JOHNSON & JOHNSON~~ |
| GAM | 4 | 16−00263 | TRAYLOR v. JOHNSON & JOHNSON et al |
| GAM | 5 | 16−00355 | HICKS et al v. JOHNSON & JOHNSON et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 16−02840 | Walker v. Johnson & Johnson et al |
| GAN | 1 | 16−02861 | Strickland et al v. Johnson & Johnson et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 16−07293 | Ross v. Johnson & Johnson et al |
| ILN | 1 | 16−08437 | Simpson v. Johnson & Johnson et al |
| ILN | 1 | 16−08622 | Rempas v. Johnson & Johnson et al |

## ILLINOIS SOUTHERN

| | | | |
|---|---|---|---|
| ~~ILS~~ | ~~3~~ | ~~16−00903~~ | ~~Harders et al v. Johnson & Johnson et al~~ |
| ILS | 3 | 16−00938 | Slayden v. Johnson & Johnson et al |
| ILS | 3 | 16−01022 | Lee v. Johnson & Johnson et al |

## KENTUCKY WESTERN

| | | | |
|---|---|---|---|
| KYW | 3 | 16−00477 | Casey et al v. Johnson & Johnson et al |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 16−14289 | Blazio v. Johnson & Johnson, Inc. et al |
| LAE | 2 | 16−14298 | Matthews v. Johnson & Johnson, et al |
| LAE | 2 | 16−14300 | Prout v. Johnson & Johnson, et al |
| LAE | 2 | 16−14302 | Resor v. Johnson & Johnson et al |
| LAE | 2 | 16−14466 | Jackson v. Johnson & Johnson et al |
| LAE | 2 | 16−14781 | Poche et al v. Johnson & Johnson et al |

## LOUISIANA MIDDLE

| | | | |
|---|---|---|---|
| LAM | 3 | 16−00590 | Joseph v. Johnson & Johnson |

## LOUISIANA WESTERN

| | | | |
|---|---|---|---|
| LAW | 6 | 16−01120 | Batiste v. Johnson & Johnson et al |

## MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 16−02922 | Johnson v. Johnson & Johnson et al |

## MISSISSIPPI SOUTHERN

| | | | |
|---|---|---|---|
| MSS | 1 | 16−00281 | Robinson v. Johnson & Johnson et al |

## MISSOURI EASTERN

| | | | |
|---|---|---|---|
| MOE | 4 | 16−00938 | Fenstemaker et al v. Johnson & Johnson et al |
| ~~MOE~~ | ~~4~~ | ~~16−01123~~ | ~~Gallow et al v. Johnson & Johnson et al~~ |
| ~~MOE~~ | ~~4~~ | ~~16−01339~~ | ~~Lucas et al v. Johnson & Johnson et al~~ |
| ~~MOE~~ | ~~4~~ | ~~16−01362~~ | ~~Starks et al v. Johnson & Johnson et al~~ |
| ~~MOE~~ | ~~4~~ | ~~16−01388~~ | ~~Frazier et al v. Johnson & Johnson et al~~ |
| ~~MOE~~ | ~~4~~ | ~~16−01436~~ | ~~Eveland et al v. Johnson & Johnson et al~~ |

## MISSOURI WESTERN

| | | | |
|---|---|---|---|
| MOW | 5 | 16−06091 | Cerrone−Kennedy et al v. Johnson & Johnson et al |

## NEW MEXICO

| | | | |
|---|---|---|---|
| NM | 1 | 16−00610 | Lovato et al v. Johnson & Johnson et al |

NORTH CAROLINA WESTERN

   NCW      5      16−00159      Shelton v. Johnson & Johnson et al

OHIO NORTHERN

   OHN      3      16−02043      Barker v. Johnson & Johnson et al
   OHN      5      16−02258      Kehres et al v. Johnson & Johnson et al

PENNSYLVANIA EASTERN

   PAE      2      16−04608      HANDY v. JOHNSON & JOHNSON et al

SOUTH DAKOTA

   SD      4      16−04141      Shoup v. Johnson & Johnson et al

TEXAS EASTERN

   TXE      9      16−00134      Phillips v. Johnson & Johnson et al